IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FIRST NATIONAL EQUIPMENT FINANCING, INC., | |
| Plaintiff, | 8:10-cv-00370-LSC-FG3 |
| vs. | ORDER |
| CAMERON INSURANCE COMPANIES, | |
| Defendant. | |

THIS MATTER is before the court on the defendant's motion for leave to withdraw its Motion for Protective Order. The court that the motion should be granted.

**IT IS ORDERED** that the Motion (#20) is granted, without prejudice to defendant filing a revised Motion for Protective Order. Defendant's Motion for a Protective Order (#19) is deemed withdrawn.

**DATED** January 3, 2011.

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**